**EASTERN DISTRICT OF TENNESSEE**

IN RE: UNCLAIMED FUNDS )        CHAPTER 13
       04/06/15

**NOTICE OF PAYMENT OF UNCLAIMED**
**FUNDS TO THE CLERK OF COURT**

The following checks have been outstanding for more than 90 days and pursuant to 11 U.S.C. Section 347 the funds are being paid to the Clerk of the Court as unclaimed funds.

| Check Number | Claim Number | Case Number | Payee Name & Address | Amount |
|---|---|---|---|---|
| Wanda Gail Boston | | | | |
| 1779424 | 300/005 | 07-15307 | Been There Done That<br>8790 Dayton Pike<br>Soddy Daisy, TN 37379-4301 | $122.27 |
| Marcus Alonzo Wooten | | | | |
| 1779424 | 400/012 | 09-10310 | Advance America Cash Advance<br>135 North church ST<br>Spartanburg, SC 29306 | $60.95 |
| Angela Bea Huck | | | | |
| 1779424 | 400/009 | 09-11526 | Valued Services<br>%Advance America<br>135 North Church Street<br>Spartanburg, SC 29306 | $372.58 |
| Olen Franklin Mcrea | | | | |
| 1779424 | 400-003 | 10-11541 | Valued Services LLC<br>DBA First American Cash Advance<br>7047 Lee Hwy<br>Chattanooga, TN 37421 | $923.31 |
| Jerry Michael Solomon | | | | |
| 1779424 | 007-003 | 10-13340 | Martin Zaragoza<br>999 27th ST SE<br>Cleveland, TN 37329-0602 | $194.60 |
| Richard Lee Griffin | | | | |
| 1779424 | 400-009 | 10-15876 | Billy Higley<br>ESH Industries, LLC<br>2017 Dodson AVE<br>Chattanooga, TN 37406 | $3,014.32 |

UNCLAIMED FUNDS CONTINUED

```
Deborah Kelly
1779424     400/001     11-15363     Valued Services of Tennessee      $97.76
                                     DBA Check Advance - Advance America
                                     135 N Church ST
                                     Spartanburg, Sc 29306

Janie Lynn Stragand
1779424     400/999     13-10415     Janie Lynn Stragand               $31.17
                                     5951 Dayton BLVD
                                     Apartment B
                                     Chattanooga, TN 37415




                                                         _____
                                     TOTAL               $4,816.96



                              Kara L. West, TRUSTEE
                              **Kara L. West, TRUSTEE**
```