Revised 05/27/2014

**SO ORDERED.**
**SIGNED this 2nd day of June, 2015**

*Shelley D. Rucker*
Shelley D. Rucker
**UNITED STATES BANKRUPTCY JUDGE**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

---

UNITED STATES BANRUPTCY COURT        Attachment (3)
EASTERN DISTRICT OF TENNESSEE

**IN RE:**

| Richard Lee Griffin | 10-15876 |
|---|---|
| Debtor | Bankruptcy Case Number |

### ORDER GRANTING APPLICATION FOR PAYMENT
### OF UNCLAIMED FUNDS

The Court having considered the Application for Payment of Unclaimed Funds filed by:

NAME OF CLAIMANT: JM Partners LLC, Assignee
MAILING ADDRESS: 6800 Paragon Place, Suite 202

CITY: Richmond    STATE: VA    ZIP: 23230

("Claimant") for payment of unclaimed funds in the amount of $ 3014.32  ,

and it appearing to the Court that the Claimant is entitled to receive payment, and these funds are now on deposit in the Treasury of the United States, and that proper notice of the Application was given to the United States Attorney for the Eastern District of Tennessee pursuant to 28 U.S.C. § 2042,

**IT IS THEREFORE ORDERED** that the Clerk of the United States Bankruptcy Court direct the issuance of a draft upon the Treasury of the United States in the amount stated above and payable to the Claimant.

5-28-15
By [signature]

###